**F. E. Nellis & Company, appellant, v. The Yakima Fruit & Cold Storage Company, defendant. First National Bank of Yakima, appellee. Gen. No. 31,232.**

Garnishment proceedings. *Judgment against plaintiff for intervening claimant.* Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed April 6, 1927.

Stewart Reed Brown, for appellant. Nat M. Kahn, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Mary Sanford, defendant in error, v. A. L. Williams, plaintiff in error. Gen. No. 31,260.**

Action for share of claim recovered. *Judgment for plaintiff.* Error to the Municipal Court of Chicago; the Hon. Wm. E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed April 6, 1927.

A. L. Williams, *pro se.* Gerard M. Ungaro, for defendant in error; Kenneth F. Simpson, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Philip A. Kamesch, appellee, v. Max Aaron and John Vitalora, appellants. Gen. No. 31,266.**

Trespass for assault and battery. *Judgment for plaintiff.* Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed April 6, 1927.

John Clark Baker, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**W. T. Cook, appellee, v. F. W. Aevermann, appellant. Gen. No. 31,275.**

Action for personal injuries from collision of automobiles. *Judgment for plaintiff.* Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed April 6, 1927.

C. Helmer Johnson, for appellant. Louis W. Reinecker, Jr., for appellee.

Mr. Justice O'Connor delivered the opinion of the court.